UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

BYRON BREEZE, JR., on behalf of himself, and all others similarly situated,

    Plaintiff,

v.

CHOP'T CREATIVE SALAD COMPANY, LLC,

    Defendant.

---

Case No. 1:18-cv-00352-WHP

**STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Byron Breeze, Jr. ("Plaintiff") and Defendant Chop't Creative Salad Company, LLC ("Defendant"), by and through Plaintiff's undersigned counsel and Defendant's undersigned counsel, hereby stipulate and agree that this action shall be DISMISSED WITH PREJUDICE. Each party shall bear its own costs, expenses, and attorney's fees.

Dated: New York, New York
       August 1, 2018

| SEYFARTH SHAW LLP | LAW OFFICES OF NOLAN KLEIN, P.A. |
|---|---|
| By _____ | By _____ |
| Samuel Sverdlov | Nolan Keith Klein |
| 620 8th Avenue, 32nd Floor | 39 Broadway, Suite 2250 |
| New York, NY 10018 | New York, NY 10006 |
| Telephone: (212) 218-5547 | Telephone: (646) 560-3230 |
| *Attorneys for Defendant* | *Attorneys for Plaintiff* |

**SO ORDERED** this <u>14</u> day of <u>August</u>, 2018

_____
WILLIAM H. PAULEY III
U.S.D.J.

47974123v.1